**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6519**

ELLIS RICHARD DOUGLAS, JR.,

Plaintiff - Appellant,

versus

GRAHAM SYLVESTER, Officer; BRIAN BACON, Of-
ficer; ELFRAM BOWIE, Officer; CARL TROGDON,
Officer; MICHAEL VAUGH, Officer; JESSE KNIGHT,
Officer,

Defendants - Appellees,

and

CHARLES DAWKINS, Officer,

Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge.
(CA-90-940-K)

Submitted: September 5, 1996        Decided: September 17, 1996

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ellis Richard Douglas, Jr., Appellant Pro Se. Robert Charles Verderaime, VERDERAIME & DUBOIS, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Ellis Douglas appeals the jury's verdict for the Defendants in his 42 U.S.C. § 1983 (1988) civil action. Douglas, who brought this suit alleging excessive force by several police officers when they arrested him, urges overturning the jury's verdict because he alleges that the police officers committed perjury during the trial. We have reviewed the record and find no reversible error.

Accordingly, we affirm the jury's verdict. Additionally, we deny Douglas's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>